# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PROMOTION IN MOTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> HARIBO OF AMERICA, INC., <br><br> Defendant. | Civil Action No. <br><br> 19-14183 (MCA) (LDW) <br><br> **AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of the parties' February 9, 2021 joint letter via email, and for good cause shown,

**IT IS, on this 9th day of February 2021, ORDERED** that the Pretrial Scheduling Order entered October 30, 2019 (ECF No. 27), as subsequently amended, is hereby further amended as follows:

1. The parties shall appear for a settlement conference before the undersigned on **April 29, 2021 at 10:00 a.m.** by Zoom. Clients with full and immediate settlement authority shall be available for the duration of the conference. Confidential settlement letters, which shall not exceed ten (10) pages absent leave from the Court, shall be sent to **LDW_orders@njd.uscourts.gov** at least two weeks prior to the conference. Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard copy that is received by Chambers no later than two weeks in advance of the settlement conference. The Court will distribute Zoom information to counsel of record ahead of the conference.

- 2 -

2. Expert discovery is stayed pending the outcome of the settlement conference.

        *s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge