# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PROMOTION IN MOTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> HARIBO OF AMERICA, INC., <br><br> Defendant. | Civil Action No. <br><br> 19-14183 (MCA) (LDW) <br><br> **AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a May 10, 2021 telephone conference before the undersigned, and for good cause shown,

**IT IS, on this 10th day of May 2021, ORDERED** that the Pretrial Scheduling Order entered October 30, 2019 (ECF No. 27), as subsequently amended, is hereby further amended as follows:

1. Fact discovery is extended through **June 1, 2021**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

2. The parties shall appear for a settlement conference before the undersigned on **July 13, 2021 at 10:00 a.m.** by Zoom. Clients with full and immediate settlement authority shall be available for the duration of the conference. The Court will distribute Zoom information to counsel of record ahead of the conference.

          *s/ Leda Dunn Wettre*
          Hon. Leda Dunn Wettre
          United States Magistrate Judge